# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Dan Jay Drexler,                                         Civ. No. 12-505 (PJS/JJK)

      Plaintiff,

v.

County of Dakota; Don Gudmundson; John     **ORDER**
Doe, Schock; and Does 1-X, inclusive;

      Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated October 22, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.    Plaintiff's Complaint (Doc. No. 1), be **DISMISSED WITHOUT PREJUDICE**.

Date: November 6, 2012

                                              *s/Patrick J. Schiltz*
                                              PATRICK J. SCHILTZ
                                              United States District Court